# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3276

_____

United States of America

*Plaintiff - Appellee*

v.

Sachay M. Steward

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: January 31, 2014
Filed: February 7, 2014
[Unpublished]

_____

Before WOLLMAN, MURPHY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Steward appeals after the district court[1] revoked her supervised release for the second time and sentenced her to serve 15 months in prison. We affirm.

_____

[1]The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.

Having carefully reviewed the arguments for reversal before us, we conclude that (1) the court did not abuse its discretion in revoking supervised release, because Steward stipulated that she engaged in conduct that violated her release conditions, see United States v. Miller, 557 F.3d 910, 915-16 (8th Cir. 2009) (standard of review); (2) the sentence is not unreasonable, because it was within statutory limits, and the district court considered appropriate factors and gave detailed reasons for the sentencing decision, see 18 U.S.C. § 3583(e)(3); United States v. Thunder, 553 F.3d 605, 608-09 (8th Cir. 2009); and (3) her remaining arguments involve matters involved in prior revocation proceedings that are not before us in this appeal.

The judgment is affirmed. We also grant counsel's motion to withdraw.

_____